JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANTHONY ESCARENO, )  Case No. CV 05-6032-CJC (OP)
                          )
                          )  J U D G M E N T
           Petitioner,    )
                          )
      vs.                 )
                          )
M. EVANS, Warden,         )
                          )
                          )
           Respondent.    )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: January 27, 2009

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge